UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. LAVENDER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:11CV95SNLJ |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [28], filed January 25, 2013,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman [28], filed January 25, 2013 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in his Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying social security benefits be and is **AFFIRMED** and judgment be entered in favor of the defendant Commissioner.  This Court does not retain jurisdiction of this matter.

Dated this   11th   day of February, 2013

UNITED STATES DISTRICT JUDGE

-2-

Case: 2:11-cv-00095-SNLJ   Doc. #:  29   Filed: 02/11/13   Page: 2 of 2 PageID #: 473