# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL R. LAVENDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:11CV95SNLJ** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and

Recommendation [28], filed January 25, 2013,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States

Magistrate Judge Terry I. Adelman [28], filed January 25, 2013 be and is **SUSTAINED,**

**ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in his Complaint and

Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying social

security benefits be and is **AFFIRMED** and judgment be entered in favor of the defendant

Commissioner.   This Court does not retain jurisdiction of this matter.

Dated this   __11th__   day of February, 2013

_____
UNITED STATES DISTRICT JUDGE